MINUTE ENTRY - P/T Conf & Ord Transferring Actions to Dist of Guam for Trial, dtd 10/01/01 re: CV-98-2243-HLH(RCx) - This case is to be distinguished from t/action involving CV-98-2243(d)(2) w/t/action involving that person beng retained in t/Central Dist of CA.

CLERK'S Cert of Transmittal of t/following:

 3/27/98   1    COMPLAINT filed Summons(es) not issued referred to Discovery Ann I. Jones; Jury demand (jp)     [Entry  date 04/02/98] [2:98cv2243]3/31/98   2    PRAECIPE: issd sums on complaint [1-11 (kh) [Entry, date 04/03/98] [2:98cv2243]

4/6/98 11    FIRST AMENDED COMPLAINT [1-1] by plaintiffs; jury demand. Summons not issd (kh) [Entry date 04/13/98] [2:98cv2243]

4/7/98  4     APPLICATION AND ORDER of Non-Resident Attorney to Appear in   a Specific Case filed for plaintiffs by Charles Heerrmann.    Designating Juanita M Madole as local counsel. Approved by     Judge Audrey B. Collins . (Fee pd) (kh) [Entry date 04/13/98]     [2:98cv2243]

4/7/98  5     PETITI9N & ORDER for APPT OF GRDN AD LITEM FOR JIN YU KANG: IT IS ORD that MYTJNG S00K SHIN be appointed grdn ad litem    for JIN YU KANG by Judge Audrey B. Collins (kh)     [Entry date 04/13/98] [2 :98cv2243]

4/7/98  6     PETITION & ORDER FOR APPT OF GRD AD LITEM: IT IS ORD that JUNG JA JUNG be appt grdn ad litem for WON HEE KO by Judge    Audrey B. Collins (kh) [Entry date 04/13/981     [2 :98cv2243]

4/7/98  7     PETITION & ORDER FOR APPT OF GRDN AD LITEM: IT IS ORD that JEONG CHEOL JU b appt grdn ad litem for YEON JIN JU by    Judge Audrey B. Collins (kh) [Entry date 04/13/98]     [2 : 98cv2243]

4/7/98  8     PETITI , & ORDER FOR APPT OF GRDN AD LITEM: IT IS ORD that JUNG JA JUNG be appt grdn ad litem for WON SAN KO by Judge    Audrey B. Collins (kh) [Entry date 04/13/981     [2: 98cv2243]

4/7/98  9     PETITION & ORDER FOR APPT OF GRDN AD LITEM: IT IS ORD that MYUNG SO0K SHIN be appt grdn ad litem for YU BIN KANG by    Judge Audrey B. Collins (kh) [Entry date 04/13/98]     [2: 98cv2243]

4/7/98 10     PETITION & ORDER FOR APPT OF GRDN AD LITEM: IT IS ORD that YONG MAN KIM be appt grdn ad litem for EUN HYUNG KIM by    Judge Audrey B. Collins (kh) [Entry date 04/13/98]     [2 : 98 cv2 2431

 4/10/98  3     ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 224 (Related Case) Hled. [ Related Case no.: CV97-7023 HLH (RCX)] Case     transferred from Judge Audrey B. Collins to Judge Harry L.    Hupp for all further proceedings. The case number will now    reflect the initials of the transferee Judge [ CV98-2243    HLH (Rcx) I ., Case referred from Discovery Ann I. Jones    to Discovery Rosalyn M. Chapman . (cc: all counsel) (jc) [Entry date 04/11/98] [2 : 98cv2243]

  4/10/98  12    NOTICE by plaintiff Jin Hyung Lee of related case(s) CV97-7023 HLH (RCx) (jc) [Entry date 04/20/981     [2: 98cv2243]

 4/20/98  13     NOTICE by plaintiffs of area code change (pj)     [Entry date 04/30/981 [2:98cv2243]

 5/12/98  14     WAIVER OF SERVICE of SUMMONS by defendant Barton Ate Int l Inc sent by pif on 4/9/98 signed & ack by Mary Haas, atty     on 4/28/98 (kh)

[Entry date 05/15/98] [2:98cv2243]

6/5/98 15    MINIJTES: Status conf held ; mandatory status conference    set on 3 :00 8/7/98 by Judge Harry L. Hupp CR: Cynthia Mizell (tw)    [Entry date 06/12/981 [2:98cv22431

6/9/98 16    ANSWER filed by defendant Serco Mgt Svcs Inc sued herein as Barton ATC Intl Inc a Tenessee corp the sam corp entity    prior to a name change to amended complaint [11-1]; jury    demand (pj) [Entry date 06/15/981 [2:98cv2243]

7/31/98 18    NOTICE OF MOTION AND MOTION by defendant Serco Mgt Svcs Inc to dismiss punitive damage claim for failure to state a    claim upon which rel can be granted, or in alt for    partial judgment on the pleadings ; motion hearing set for    10:00 9/14/98 (dhl) [Entry date 08/18/98] [2:98cv2243]

8/6/98 17    NOTICE OF MOTION AND MOTION by plaintiff to amend cmp and decl of Juanita M. Madole in suppt thereof ; motion hearing    set for 10:00 9/14/98 Lodged Prop 2nd A/c (tw)    [Entry date 08/10/98] [2:98cv2243]

8/6/98 17    DEMAND for jury trial by plaintiffs (tw)    [Entry date 08/10/98] [2:98cv2243]

8/7/98 20    ORDER of consolidation by Judge Harry L. Hupp ; mandatory status conference set on 1:30 10/9/98 (Relate to MDL 1237)    and all other actions (shb) [Entry date 09/16/98]    [2 : 98cv2243]

8/14/98 19    OPPOSITION by plaintiffs to motion to dismiss punitive damage claim for failure to state a claim upon which rel    can be granted [18-1] (shb) [Entry date 08/21/981 [2: 98cv2243]

8/31/98 22    MEMORANDUM of points and authorities IN OPPOSITION by plaintiffs    of motion to amend cmp [17-1] (Relates to cv    97-7023 HLH (RCx) and MDL 1237) (shb) [Entry date 09/23/98] [2:    98cv2243]

9/4/98 23    REPLY by plaintiffs to Oppositin by Serco Management Services to    motion to amend cmp [17-1] (Relates to MDL 1237) (shb) [Entry date    09/25/98] [2:98cv2243]

9/4/98 24    REPLY by defendant Serco Mgt Svcs Inc to pltfs opposition    to motion to dismiss punitive damage claim for failure to    state a claim upon which rel can be granted [18-li, motion    for partial judgment on the pleadings [18-21 (Relats to cv    97-7023 HLH (RCx) , cv 98-2707 HLH (RCx) cv 98-2798 HLH    (RCx), cv 98-3626 HLH (RCx), cv 98-3637 HLH (RCx) (shb) [Entry date 09/25/98] [2:98cv2243]

9/11/98 21    AMENDED COMPLAINT [11-li by plaintiff; adding Young Jae Lee, Young Jae Lee, Jong Myoung Kim, Hye Ran Kim, Young Jae    Lee; jury demand. Summons not issd (el)    [Entry date 09/17/98] [2:98cv2243]

9/14/98   26    MINUTES: denying motion to dismiss punitive damage claim
 for failure to state a claim upon which rel can be granted    [18-li, w/out
 prej to renew in connect w/ the determin of    choice of law by Judge Harry
 L. Hupp CR: Cynthia Mizell    [related to cv 98: 2707, 2798, 3626, 3637, &
 MDL 1237] (ion)    [Entry date 10/30/981 [2:98cv2243]

 9/14/98   27    MINUTES: granting plf s motion lv to fi a 2nd amend cmp
 [17-1] & the onig of the SAC is fld this date. 10 days to    ans or stip tht
 the ans to the AC is deemed to be the ans    to the SAC by Judge Harry L.
 Hupp CR: Cynthia L Mizell    [related to MDL 1237] (lori) [Entry date
 10/30/98]    [2 : 98cv2243]

 9/16/98   25    ANSWER filed by defendant Serco Mgt Svcs Inc to 2nd amended
 complaint [21-1]; jury demand (et) [Entry date 10/30/98]    [2: 98cv2243]

 11/4/98   28    Issd Sms PRAECIPE: in re 2nd amended complaint for 20 days
 [21-1] (el) [Entry date 11/05/98] [2:98cv2243]

 11/19/98    29  STIPULATION and ORDER by Judge Harry L. Hupp that the pltfs
   in case nos. cv 98-2243; 98-2707; 98-2798; 98-3626; 98-3637;    98-5010;
 98-5450; 98-659. . .and Serco Mgmt Services, that the    claims for punitive
 damages set forthin the cmps are    dismissed w/o prej to plltfs right to amd
 the cmp in the    event that pltfs cnsl determines that sufficient facts
 exist    to pursue a claim for punitive damages. This stirn is    intended to
 be written consent of the adverse pty within the    meaning of Rule 15(a) of
 the FRCP. Any such amd must be    filed and served prior to 5/1/99. (ENT:
 12/3/98) mid cpy &    ntc. (shb) [Entry date 12/03/98] [Edit date 12/07/98]
  [2: 98cv2243]

 12/17/98    30  Proof of service of 2nd Amended s/c executed upon defendant
   Barton ATC International, Inc by serving Robert M Kern of    Kern & Wooley
 by mail on 12/2/98 (no retn cards attached)    (el) [Entry date 12/18/98]
 [2:98cv2243]

  12/17/98    30  DEMAND for jury trial by plaintiffs (el)    [Entry date
 12/18/98] [2:98cv2243]

 4/19/99   31    NOTICE OF MOTION AND MOTION by defendant Serco Mgt Svcs Inc
 for summary judgment re actions where pltfs have signed    reeases in Sercos
 favorexhibits ; motion hearing set for    10:00 5/17/99 Lodged stmt of
 uncontroverted facts, lodged    11 orders (Relates to MDL 1237, cv 98-6236;
 98-4500;    98-5450) (shb) [Entry date 04/21/99]    [Edit date 04/21/99]
 [2:98cv2243]

 4/19/99   32    DECLARATION of Sean M. Novak by defendant Serco Mgt Svcs    Inc
 re motion for summary judgment re actions where pltfs    have signed reeases
 in Sercos favor [31-1] (Relates to MDL    1237, cv 98-6236; 98-4500; 98-5450)
 (shb)    [Entry date 04/21/99] [2:98cv2243]

  4/22/99   33   NOTICE OF CHANGE Of Address filed Korean Air Lines re (MDL
  1237) (shb) [Entry date 04/23/99] [2:98cv2243]

 5/3/99 34    RESPONSE by plaintiff Myung Dal Cho, plaintiff Sang Mm Lee  to
 motion for summary judgment re actions where pltfs    have signed 'reeases in
 Sercos favor [31-11 [Relates to MDL    #1237 HLH] (et) [Entry date 05/05/99]
 {2:98cv2243]

  5/11/99   35   DECLARATION of Sean N. Novak by defendant SÃ©rco Mgt Svcs
 Inc in supprt of Serco s rpiy topla s opposition to deft s    re motion for
 summary judgment re actions where pltfs have    signed reeases in Sercos
 favor [31-1] [Relates to MDL #1237;    CV 98-6236; CV 98-4500; CV 98-5450]

```
    (et)    [Entry date 05/17/99] [2:98cv2243]

    5/11/99  36   REPLY by defendant Serco Mgt Svcs Inc to response to
motion for summary judgment re actions where pltfs have    signed reeases in
Sercos favor [31-1] . [Relates to CV     98-6236; CV 98-2243; CV 98-4500 & CV
98-5450] (et)     [Entry date 05/17/99] [2:98cv2243]

    5/17/99  37   MINUTES: granting motion for summary judgment re actions
where pltfs have signed releases in Sercos favor [31-1];     The mot fos s/j
is granted as tothe heirs of decedents    listed in actns cv 98-4500 and cv
98-5450. The mot to dism    the actns in cv 98-6236 and cv 98-2243 are denied
w/o prej    to renew by reason of triable issue of fact and resolution    of
choice of law problems. (Relates to MDL 1237, cv    98-4500; 98-5450;
98-6236) (ENT: 5/20/99) mld cpys & ntc.    by Judge Harry L. Hupp CR: Cynthia
Mizell (shb)    [Entry date 05/20/99] [2:98cv2243]

5/3/00 38    OPPOSITION by dft Korean Air Lines Co. to mot to enforce
partial sttlmnt; memo of PA; deci of Jennifer J. Johnston.    (ab) [Entry
date 05/05/00] [2:98cv2243]

5/3/00 39    DECLARATION by dft Korean Air Lines Co. of Jennifer J.
Johnston in suppt of opp to mot to enforce partial sttlmnt.    (RELATES TO
MDL 1237). (ab) [Entry date 05/05/00]

    9/27/00  40   NOTICE of lien and agreement between KAL and young Man Kim,
  Eun Hyung Kim and Soon Rye Jung relating to cash advances    by defendant
Korean Air Lines Co. (re: MDL 1237) (pbap) [Entry    date 09/28/00]
[2:98cv2243]

 9/27/00 41   NOTICE of lien & agreement btwn KAL and Uy Young Kim & Jung
Ja Kim relating to cash advances fld 'by Korean Air lines Co    Ltd (mrgo)
[Entry date 10/03/00] [2:98cv2243]

  9/27/00   42   NOTICE of lien & agreement btwn KAL & Myung Sook Shin mdiv
& as guardian ad litem f or Yu Bin Kang & Jin Yu Kang    relating to cash
advances fld by Korean Air Lines Co Ltd    (mrgo) [Entry date 10/03/00]
[2:98cv2243]

 9/27/00   43   NOTICE of lien & agreement btwn KAL & Il Hwa Jung & Won Ae
Yim relating to cash advances fld by Korean Air Lines Co    Ltd (mrgo)
[Entry date 10/03/00] [2:98cv2243]

 9/27/00   44   NOTICE of lien & agreement btwn KAL & Young Man Kim, Eun
Hyung Kim & Soon Rye Jung relating to cash advances fld by    dft Korean Air
Lines Ltd (mrgo) [Entry date 10/03/00]    [2: 98cv2243]

 9/27/00   45   NOTICE of lien & agreement btwn KAL & Soe Jin Ahn, Soc Yun
 Ahn, Jong Hyuk Anh & So Rye Ku relating to cash advances (mrgo)    [Entry
date 10/03/00] [2:98cv2243]

10/4/00 46   NOTICE of Lien and agreement between KAL and Soc Jin Ahn, Soo
Yun    Ahn, Jong Hyuk Ahn and So Rye Ku relating to cash advances by
defendant Korean Air Lines Co. (re: MDL 1237) (pbap) [Entry date
10/10/00] [2:98cv22431

    10/4/00   47   NOTICE of lien and agreement between KAL and Jong Rang Kim
 Sook Ja Yeun and Hyun Soon Kim relating to cash advances by    defendant
Korean Air Lines Co. (re: MDL 1237) (pbap) [Entry date    10/10/00]
[2:98cv2243]

10/4/00 48   NOTICE of lien and agreement between KAL and Jung Ja Jung,
individually and as guardian ad litem for Won Hee Ko and    Won San Ko, and
```

Jong Ii Ko relating to cash advances by     defendant Korean Air Lines Co. (re: MDL 1237) (pbap) [Entry date    10/10/00] [2:98cv2243]

  10/4/00  49    NOTICE of lien and agreement between KAL and Jin Hye Kwon individually and as guardian ad litem for Woo Jae Kim    relating to cash advances by defendant Korean Air Lines Co.    (re: MDL 1237) (pbap) [Entry date 10/10/001 [2:98cv2243]

  10/4/00  50    NOTICE of lien and agreement between KAL and Se Ki Kim, Bo Rye Lee, Kum Ok Park and Nam Hoon Kim relating to cash    advances by defendant Korean Air Lines Co. (re: MDL 1237) (pbap)    [Entry date 10/10/00] [2:98cv2243]

  2/21/01  62    DECLARATION of Debra D. Fowler by unknown USA re motion for partial summary judgment [56-li related to decedent    Sang OK Lee (re: MDL 1237) (pbap) [Entry date 02/27/01]    [2: 98cv2243]

  2/28/01  63    MINUTES: contd hearing on motion for partial summary judgment [56-1] 10:00 3/26/01 ; telephone conference set    on 10:00 3/26/01. The crt is allowing a month to prod    said evid facts. Any fur declrs to be fid by 3/19/01 by    Judge Harry L. Hupp CR: not present (pbap)    [Entry date 03/01/01] [2:98cv2243]

 3/2/0 1 64    NOTICE OF MOTION by unknown USA to strike, and for costs ; motion    hearing set for 10:00 3/26/01 Lodged prop ord w/mtn to str (re MDL    1237) (pbap) [Entry date 03/07/01] [2: 98cv22431

 3/5/01  65   EX PARTE APPLICATION filed by unknown USA to expedite hrg    on its mtn to str plfs experts wits Lodged prop ord (pbap)    [Entry date 03/08/01] [2:98cv2243]

 3/7/01 66    ORDER by Judge Harry L. Hupp granting exparte motion to expedite hrg on its mtn to str plfs experts wits [65-1].    The Crt will hr the US Mtn to Str Plf s expert wits and for    costs on 3/19/01 at 10:00. Cnsl may appear by conf    telephone. (pbap) [Entry date 03/09/01] [2:98cv2243]

 3/7/01 67    SUPPL MEMORANDUM by dft USA in support of motion for    partial summary judgment [56-1] (pbap) [Entry date 03/12/01]    [2 : 98cv2243]

 3/9/01 68    OPPOSITION by plaintiffs to motion to strike [64-1], motion for costs [64-2], deci of Juanita M. Madole. (pbap)    [Entry date 03/13/01] [2:98cv2243]

 3/12/01  69   DECLARATION of Charles Herrmann by plaintiff in supprt of plfs s response to the motion to strike [64-1] (pbap)    [Entry date 03/15/01] [2:98cv2243]

  3/13/0 1  70    NOTICE OF ERRATA by USA correcting suppl memo of law in supprt motion for partial summary judgment [56-li (pbap)    [Entry date 03/15/01] [2:98cv2243]

  3/14/01  71    RESPONSE by defendant Korean Air Lines Co & Opp to plf s attempts to conduct liability trias in the unsettled cases    re motion to strike [64-1]. (re MDL 1237) (pbap) [Entry date    03/15/01] [2:98cv2243]

  3/14/01  72    JOINDER by defendant Serco Mgt Svcs Inc joining motion to strike [64-1] exp wits (pbap) [Entry date 03/15/01]    [2 :98cv2243]

  3/14/01  73    REPLY by defendant USA to plf s opp to motion to strike [64-1] plfs    expert wits. (pbap) [Entry date 03/19/01]

```
 3/19/01   74    Suppl response by plaintiff re motion for partial summary
judgment [56-1] (pbap) [Entry date 03/21/01]    [2 :98cv2243]

 3/19/01   75    2ND Suppl Memo in response by plaintiff re motion for
partial summary judgment [56-li (phap) [Entry date 03/21/01] [2
:98cv2243]

 3/19/01   96    MINUTES: granting motion to strike [64-i] with the
exceptions stated (herein) by Judge Harry L. Hupp CR:   Cynthia L. Mizell
**see mm ord for detailed info** (pbap)    [Entry date 04/02/01]
[2:98cv2243]

 3/21/01   76    Plfs  ommitted exh D-5 in suppi response to dft U.S. mtn
for partial sumjgm [74-1] (pbap) [Entry date 03/22/011    [2 : 98cv2243]

 3/22/01   77    MEMO OF CONTENTIONS OF FACT and LAW by USA (Relates to MDL
 1237) (shb) [Entry date 03/23/01] [2:98cv2243]

 3/22/01   78    WITNESS list submitted by USA (Relates to MDL 1237) (shb)
[Entry date 03/23/011 [2:98cv2243]

 3/22/0 1  79    MEMO OF CONTENTIONS OF FACT and LAW by USA [re decendant
Lee, Sang Ok] (Relates to MDL 1237) (shb)    [Entry date 03/23/01]
[2:98cv2243]

 3/22/01   80    WITNESS list submitted by USA [re decendant Lee, Sang Ok]
(Relates to MDL 1237) (shb) [Entry date 03/23/011    [2 : 98cv2243]

 3/22/0 1  81    MEMO OF CONTENTIONS OF FACT and LAW by USA [Re decendant
Do-Yeun Kim] (Relates to MDL 1237) (shb)    [Entry date 03/23/01]
[2:98cv2243]

 3/22/01   82    WITNESS list submitted by USA [Re decendant Do-Yeun Kim]
(Relates to MDL 1237) (shb) [Entry date 03/23/01]    [2: 98cv2243]

 3/22/01   83    MEMO OF CONTENTIONS OF FACT and LAW by USA (Re decendant
Jung, Sun Mi) (Relates to MDL 1237) (shb)    [Entry date 03/23/011
[2:98cv2243]

 3/22/01   84    WITNESS list submitted by USA (re decendant, Jung, Sun Mi)
 (Relates to MDL 1237) (shb) [Entry date 03/23/01]    [2: 98cv2243]

 3/23/0 1  85    EX PARTE APPLICATION filed by USA for leave to submit
supplemental declaration of Judge Kah in suppt of USA s    motion for
partial summary judgment (Relates to MDL 1237)    (shb) [Entry date
03/27/01] [2:98cv2243]

  3/28/01 102    WITNESS list submitted by plaintiffs (yc)    [Entry date
04/03/01] [2:98cv2243]

3/28/01 103    WITNESS list submitted by plaintiffs (yc)    [Entry date
04/03/01] [2:98cv2243]

 3/28/01 104    WITNESS list submitted by plaintiffs (yc)    [Entry date
04/03/011 [2:98cv2243]

 3/28/01 105    WITNESS list submitted by plaintiffs (yc)    [Entry date
04/03/01] [2:98cv2243]

 3/28/01 106    WITNESS list submitted by plaintiffs (yc)    [Entry date
04/03/01] [2:98cv2243]
```

3/28/01 107    JOINT EXHIBIT list (yc) [Entry date 04/03/01]    [2
:98cv2243]

   3/28/01 108    JOINT EXHIBIT list (yc) [Entry date 04/03/011    [2 :
98cv2243]

   3/28/01 109    MINUTES: by Judge Harry L. Hupp ; pretrial conference on
1:30 4/18/01; in addition, certain individual problems are    noted as
follows: In case nos CV 98-2243, CV 98-6389 and CV    98-6387 Serco is the
only dft, and the matter was orginally    filed here. Contrary to previous
indications, these cases    will be tried in this district. The remaining
portions of    case No. CV 98-2243 are divided into four parts for four
trials and four pretrial conference orders as follows: CV    98-223a for
decedent Lee, Sang Ok; CV 98-2243b f or decedent    Kim, Do Yeun; CV 98-2243c
for decedent Jung, Sun Mi and CV    98-2243d for decdents Kim Woo Kyoung and
Yoo Kyoung. Pitfs    in case nos CV 98-2243, CV 98-6389 and CV 98-6387
dismiss    any claims for punitive damages, confirming the crts
understanding that this had been done before. The parties    are requested to
file all papers under the Central District    number, not the Guam number.
(see mins) CR: Cynthia L. Mizell    (yc) [Entry date 04/04/01] [Edit date
05/10/011    [2: 98cv2243]


4/5/01 110    MINUTES: Cnsl for the following cases: 98-6334; 98-4500;
98-6345; 98-6344; 98-6343; 98-6342; 98-6341; 98-6337;    98-6388; 98-6316;
98-6806; 98-5450; 98-6369; 98-2243;    98-6389; 99-13513; 99-7226; 99-13527;
99-13508; 98-6387 are    advised of the PTC set for 4/18/01 at 1:30 p.m. If
you    have any questions concerning this minute order, please    contact the
crt clerk at (213) 894-5216 by Judge Harry L.    Hupp CR: not present (pbap)
[Entry date 04/16/011    [2: 98cv2243J

   4/11/01  --    LODGED PTC ord (re: Lee, Sang-Ok) (FWD TO CRD) (pbap)
[Entry date 04/17/011 [2:98cv2243]

   4/11/01  --    LODGED PTC ord (re: Kim, Do-Yeun) (FWD TO CRD) (pbap)
[Entry date 04/17/01] [2:98cv2243]

   4/11/01  --    LODGED PTC ord (re: Jung, Sun-Mi (Decedent) (FWD TO CRD)
(pbap) [Entry date 04/17/01] [2:98cv2243]

   4/11/01  --    LODGED PTC ord (re: Kim, Woo-Kyoung & Kim, Yoo-Kyoung
(Decendents) (FWD TO CRD) (pbap) [Entry date 04/17/01] [2:    98cv2243]

 4/11/01  111    PLF AHN S WITNESS list submitted by Sun-Kyu Yoon (Decedent)
   (rl) [Entry date 04/18/011 [Edit date 04/18/01]    [2: 98cv2243]

   4/11/01 112    MEMO OF CONTENTIONS OF FACT and LAW fid by Woo-Kyoung Kim
(Decedent) Yoo-Kyoung Kim (Decedent) (ri)    [Entry date 04/18/01]
[2:98cv2243]

   4/11/01 113    MEMO OF CONTENTIONS OF FACT and LAW fld by Sang-Ok Lee
(Decedent) (rl) [Entry date 04/18/011    [Edit date 04/18/01] [2:98cv2243]

 4/11/01 114    MEMO OF CONTENTIONS OF FACT and LAW fid by Do-Yeun Kim
(Decedent) (rl) [Entry date 04/18/01] [2:98cv2243]

 4/11/01 115    MEMO OF CONTENTIONS OF FACT and LAW fld by Sun-Mi Jung
(Decedent) (ri) [Entry date 04/18/011 [2:98cv2243]

4/17/01 120    RESPONSE by plaintiffs to OSC on Late Filings on PTC Ords
(98 2243A for decedent Lee, Sank Ok) (dw)    [Entry date 04/30/01]

[2:98cv2243]

   4/17/01 121    RESPONSE by plaintiffs to OSC on Late Filings on PTC Ords
(98 2243B for decedent Kim, Do Yeun) (dw)     [Entry date 04/30/01]
[2:98cv2243]

   4/17/01 122    RESPONSE by plaintiffs to OSC on Late Filings on PTC Ords
(98 2243C for decedent Jung, Sun Mi) (dw)     [Entry date 04/30/01]
[2:98cv2243]

   4/17/01 123    RESPONSE by plaintiffs to OSC on Late Filings on PTC Ords
(98 2243D for decedents Kim, Woo Kyoung & Yoo, Kyoung) (dw) [Entry    date
04/30/01] [2:98cv2243]

   4/18/01 116    ORDER by Judge Harry L. Hupp that this actn is dism as to
the heir of decedent Ju Se Jin without prej for lack of    prosecution. This
Order is a final jgm for purposes of    Fed.R.Civ.P.54(a). It shall be
entered pursuant to Fed.R.    Civ.P. 58 and 79 (a), and served upon the
parties. (pbap)    [Entry date 04/23/01] [2:98cv2243]

   4/18/01 117    RENEWED MOTION by movant USA in 2 : 98-cv-02243 to strike
plfs   expert witness Barbara Luna motion hearing set for    10:00 5/14/01
Lodged ord (bg) [Entry date 04/23/01]    [2: 98cv2243]

4/18/01 118  NOTICE OF Renewed motion to strike plfs   expert witness Barbara
   Luna [117-1] filed by movant USA in 2:98-cv-02243 (bg) [Entry date
04/23/01] [Edit date 04/23/01]    [2 : 98cv2243]

   4/18/01 119    MINUTES: PTC ORDER. All OSCs are vacated by Judge Harry L.
 Hupp CR: Cynthia L. Mizell. **see MO for detailed info** (pbap)     [Entry
date 04/24/011 [2:98cv2243]

 4/18/0 1 124    PTC ORDER by Judge Harry L. Hupp. (re: MDL 1237), Yun,
Su-Kyu (Decedent). **see ord for detailed info** (pbap)    [Entry date
05/03/01] [2:98cv2243]

   4/23/01 128    DEFENDANTS WITNESS list submitted by USA re 2:98-cv-2243a
HLH (RCx) decedent Sang Ok Lee (jj) [Entry date 05/03/01] [2:    98cv2243]

   4/23/01 129    DEFENDANTS WITNESS list submitted by USA re 2:98-cv-2243b
HLH (RCx) decedent Do-Yeun Kim (jj) [Entry date 05/03/01]    [2:98cv2243]

   4/23/01 130    DEFENDANTS WITNESS list submitted by USA re 2:98-cv-2243c
HLH (RCx) decedent Sun Mi Jung (ii) [Entry date 05/03/011 [2:    98cv2243]

   4/23/01 131    DEFENDANTS WITNESS list submitted by USA re 2:98-cv-2243d
HLH (RCx) decedents Woo Kyoung Kim, Yoo Kyoung Kim (jj) [Entry date
05/03/01] [2:98cv2243]

   4/23/01 132    MINUTES: RE: CV 98-2243(f) . The above cases are transferred
   to the USDC for the District of Guam for trial on the issue    of damages.
After various serverances and consolidations,    there are five cases for
trial, organized by decedent, as    follows: (1) . Decedent Kim Bong Su, CV
98-4500; (2)    Decedent Chyung Ki Chul, CV 98-5450; (3). Decedent Lee
Kyung Han, CV 98-6369; CV 99-13513; (4). Lee Sung Chul and    Song Byung Won
(husband and wife), CV 99-13508, CV 99-13527;    CV 98-6369, and CV 98-8140;
(5). Yun (or Yoon) Sun Kyu, Cv    99-7226; CV 98-2243 (f) . With regard to CV
2243 (f), the    claims of plfs Ahn for the death of decedent Yun have
previously been severed from the balance of CV 98-2243 and    consolidated
with CV 99-7226. The claims of plfs Ahn    related to the death of Yun Sun
Kyu are now designated by    number CV 98-2243 (f). The remainder of CV
98-2243 is not    transferred to the District of Guam and remains in the

Central District by Judge Harry L. Hupp CR: not present    (pbap) [Entry date 05/03/01] [2:98cv2243]

4/30/01 125    OPPOSITION by plaintiffs to motion to strike plfs expert witness Barbara Luna [117-1] (pbap) [Entry date 05/03/01]    [2:98cv2243]

4/30/01 126    DECLARATION of Richard E. Brown by plaintiff re in supprt of the motion opposition [125-1] (pbap)    [Entry date 05/03/011 [2:98cv2243i

4/30/01 127    DECLARATION of Charles Herrmann by plaintiff re in suppt of the motion opposition [125-1] (pbap)    [Entry date 05/03/011 [2:98cv2243i

5/7/01 133    MINUTES: Proceedings: ORD transferring mot. Dft United   States has renewed its mot to strike plfs expert wit    Barbara Luna in the following cases: 98-2243, 98-6369,    98-6387, 98-6388 and 98-6389. The Crt previously had    transferred 98-2243 and 98-6369 to Guam for damages trials.   Accordingly, this mot, as it relates to 98-2243 and 98-6369    will be heard by the trial judge in Guam. This Crt will    hear the mot as it relates to 98-6387, 98-6388 and 98-6389,    on 5/14/01 at 10:00 a.m. by Judge Harry L. Hupp CR: not    present (re: MDL 1237) (pbap) [Entry date 05/09/01]    [2:98cv2243]

5/14/01 134    MINUTES: denying motion to strike plfs expert witness Barbara Luna [117-1] in CV 98-2243(a), (b), (c), (d), CV    98-6387, CV 98-6388, and CV 98-6389 by Judge Harry L. Hupp    CR: Cynthia L. Mizell. (ENT 5/15/01) mid cpys & ntc (pbap)    [Entry date 05/15/01] [Edit date 05/15/01] [2:98cv2243i

5/21/01 135    CASE STATUS REPORT by defendant Serco Mgt Svcs mc, defendant Korean Air Lines Co Re decedent Lee, Sang Ok    (Relates to MDL 1237) (shb) [Entry date 05/23/01]    [2: 98cv2243]

5/23/01 136    MINUTES by Judge Harry L. Hupp: With the except of one sub-issue, the mot of dft Serco for summary jgm is DEN by    reason of the existence of triable issues of fact as to    negligence & proximate or legal cause. It seems most    efficient to try the liability issue as to Serco in those    cases where only Serco is a dft first, bef one judge, & get    a liability finding. If damage trials are thereafter    necessary, the case can be sent out for individual damage    trials. Accordingly, the crt intends to modify the PTC ords    already submitted, specifying that there shall be liability    trials bef one judge in the Central District, to Precede    any damage trials, w/ damage trials to proceed individually    if liability is found. Cnsl should expect the modified PTC    ords imminently, followed by info as to identity & date of    a stat conf bef the selected trial judge to set a date for    a liability trial. CR: Cynthia L. Mizell. CR: n/a. (gk) [Entry date 06/06/011 [2:98cv2243]

6/6/01 137    NOTICE of satisfaction of lien relating to Cash Advances to Soe Jin Ahn, Soo Yun Ahn, Jong Hyuk Ahn & So Rye Ku [4 6-1]    fid by Dft Korean Air Lines Co Ltd (re ML 1237) (ir)    [Entry date 06/07/01] [2:98cv2243]

6/7/01 138    MINUTES: striking notice [137-1] . The orig doc will be pulled from records and forwarded to the USDC in Guam. Cnsl    should file all subsequent filings pertaining to these    cases directly to the USDC in Guam by Judge Harry L. Hupp    CR: not present (pbap) [Entry date 06/14/01]  [2 :98cv2243]

6/15/01 139    NOTICE OF MOTION AND MOTION by movant USA to deposit settlement funds with the court pursuant to FRCP 67;    Memorandum of points

and authorities; Declaration of Matthew   Connelly; motion hearing set for
10:00 7/9/01 Lodged    proposed order (Relates to MDL 1237, 98-2707; 98-2798;
    98-3637; 98-5010; 98-5450) (shb) [Entry date 06/19/01] [Edit date
06/19/01] [2:98cv2243]

 6/18/01   140   AMID CERTIFICATE OF SERVICE by movant USA on 6/14/01 of svng
   ord granting dft USA s met to deposit sttlmnt funds with     the crt on the
parties (listed herein) (pbap) [Entry date    06/26/01] [2:98cv2243}

6/18/01   144   AMENDED CERTIFICATE OF SERVICE by movant USA on 6/14/01 of
ntc of met & mat to deposit settlement funds w/ the crt     purs to FRCP 67;
memo of PA; decl of Matthew A. Connelly.    (gk) [Entry date 07/02/01]
[2:98cv2243]

 6/18/01   145   AMENDED CERTIFICATE OF SERVICE by movant USA on 6/14/01 of
prop Ord gr dft USA s met to deposit settlement funds w/     the crt purs to
FRCP 67. (gk) [Entry date 07/02/01] [2: 98cv2243]

6/22/01   141   PETITION for approval of compromise of minors claim and
approval of payment of costs and attys fees by plaintiff     Jeong Ja Jeong.
(re: MDL 1237) (pbap) [Entry date 06/28/01] [2    :98cv2243]

  6/22/01   --    LODGED/PROPOSED ORDER submitted . (FWD TO CRD) (pbap)
[Entry date 06/28/01] [2:98cv2243]

 6/22/01   142    PETITION for approval of compromise of minors claim and
approval of payment of costs and attys fees by plaintiff    Myung Sook Shin
(pbap) [Entry date 06/28/01]    [2: 98cv2243] 6/22/01   --    LODGED/PROPOSED
ORDER submitted . (FWD TO CRD) (pbap)      [Entry date 06/28/01] [2:98cv2243]
6/22/01   143MEMORANDUM IN SUPPORT by plaintiffs joinder in the USA s
motion to deposit settlement funds with the court pursuant    to FRCP 67
[139-1] (pbap) [Entry date 06/28/01]

  7/19/01   146    STIPULATION and ORDER by Judge Harry L. Hupp to deposit
sttlmt funds & to distribute sttlmt funds by dfts USA &    Korean Air Lines
purs to rule 67 of the rules civil    procedure (see doc for fur details)
(SEND) (rl) [Entry date    07/23/01] [Edit date 07/24/01] [2:98cv2243]

 7/19/01   147    MINUTES: ORD re mot to deposit sttlmnt funds. The met is
GR by stip. Briefing schedule: Mot to show cause fld by    9/24/01; Opp fld
by 10/15/01; Reply filed by 10/29/01; IN    COURT HEARING set on 11/5/01 by
Judge Harry L. Hupp CR:    not present (pbap) [Entry date 07/30/01]
[2:98cv2243]

8/6/01 148   MINUTES: re: Funds Deposited with the Crt for Monday ;    status
conference set for 9:00 8/20/01. Cnsl are    instructed to file a jnt status
rpt due by Thursday,    8/16/01 by Judge Harry L. Hupp CR: Cynthia L. Mizell
(pbap)    [Entry date 08/07/01] [2:98cv2243]

8/13/01   149   ORDER by Judge Harry L. Hupp approving petn for compromise
of minors claim and approval of payment of costs and atty     fees. ORD, ADJ
and DECREED as follows: () The Guaridan Ad Litem    shall pay to the
Herrmann Law Firm, the Law Offices Richard E.    Brown and Speiser Krause:
out of the recovery the following sums    $915,750 for atty fees and
$182,784.61 for reimbursement of    expenses and costs. (2) The US is
ordered to pay $305,250 to the    Registry of the Crt, the amt of attys fees
claimed by Alan    LichtensteÂ±n for later determination by the Crt. (3) The
US is    ordered to pay $2,279,522.20 re (re: minor claim: Ko, Won-Hee &
Ko, Won-San) etc. **see ord for additional detailed info** (re:    MDL 1237)
(pbap) [Entry date 08/15/01] [2:98cv2243]

     8/16/01 150   Jnt status rpe re fees deposited into the registry of the

crt.     (re: MDL 1237) (pbap) [Entry date 08/20/01]     [2 : 98cv2243]

8/20/01  151  Amended ORDER approving petition for compromise of minors elm & approval of pymt of costs & attys fees & ord    distribution to minors by Judge Harry L. Hupp; Granting    petition [142-1]. It is ord that the Guardian Ad Litem    shall pay to Herrmann Law Firm, The Law offices Richard E.    Brown, and Speiser Krause; out of the recovery the    following sums for atty fees $1,754,062.50 and $246,926.65    for reimbursement of expenses & costs. The US is ord to pay    $584,687.50 to the registry of the crt, the amt of attys    fees claimed by Alan Lichtenstein for later determination by the crt. The US is ord to pay $3,437,400 be used to    purchase two single premium annuities from American Int l    Grp Lift Ins Co of NY, for the benefit of Kang, Yu-Bin &    Kang, Jin-Yu. The US ord to pay Juanita M. Madole, Liaison    Cnsl MDL in amt $2,360.42 referencing the Kang, Jung-Won    sttlmnt. The US ord to pay to Condon & Forsyth LLP    referencing Kang, Jung-Won $73,829.19 in satisfaction of    dft KAL s lien. (tw) [Entry date 08/21/01] [2:98cv2243]

8/20/01 152  MINUTES: ; status conference held re Funds deposited with Crt.    Dates previously set by stip. No fur status conf set at this time by Judge Harry L. Hupp CR: not present. (re:    MDL 1237) (pbap) [Entry date 08/24/01] [2:98cv2243]

9/5/01 153   MINUTES: Mot to dism. Cases CV 98-2243(c) (b) (d) and 98-6388 as to Serco s liability will need a pretrial conf for    liability trial in Central Dist. That pretrial conf is set    for 9/26/01 at 9:00. It is contemplated that these cases    will be transferred to another judge in this dist for    liability trial at the conclusion of the pretrial conf, by Judge Harry L. Hupp CR: Cynthia L. Mizell (tw)    [Entry date 09/06/01] [2:98cv2243]

9/14/01  155   STIPULATION and ORDER by Judge Harry L. Hupp ; pretrial conference for the liability trial against Serco Mgt    Services, Inc now set for 9/26/01 shall be rescheduled to    9:00 11/30/01. (re: 98-2243(b), 98-2243(c), 98-2243(d),    as it affects decedent Woo Kyoung Kim) re: MDL 1237 **see    dec for additional info** (pbap) [Entry date 09/19/01]    [2 :98cv2243]

9/17/01  154   STIPULATION and ORDER by Judge Harry L. Hupp re disputed atty fees. (re: Hyun, Young-Sook (Decedent); Kang, Jung-Won    (Decedent); Kim, Eun-Jae (Decedent); Kim, Hyun-Kyung    (Decedent); Ko, Jung-Chul (Decedent); Lee, Sang-Ok    (Decedent) **see doe for detailed info** re: MDL 1237 (pbap)    [Entry date 09/19/01] [2:98cv2243]

9/17/01 162MINUTES: OSC re failure to comply with Local Rule 9. ORD that none of the does required by Local Rule 9 has been    filed. The following does required by Rule 9 have not been    filed: Orig jnt pretrial ord (faxed copy received at 5:30    p.m. on 9/14/01. Jnt exh list made necesary by addition of United    States. Witness lists of the parties. The PTC is contd to 10/1/01    at 11:00. PIf(s) is/are to show cause at that time why this action    should not be dism for lack of prosecution. Dft(s) is/are to show    cause at that time why the ans (and counterclaim) should not be    stricken and default entered. Plf(s) and Dft(s) are to show cause    at that time why sanctions pursuant to Local Rule 27 should not be assessed. All docs including all Rule 9 docs, if the action is    allowed to proceed, must be filed on or 9/24/01. It now appears    that CV 98-2243(d) need to be further severed. The portion of CV    2243(d) dealing with the death of decedent Kim, Yoo Kyoung is now    severed from the balance of CV 98-2243(d) and is given the    designation CV 98-2243 (d) (1) . The portion of CV 98-2243 (d)    relating to the death of Kim, Woo Kyoung is now designated as    action no. CV 98-2243 (d) (2) . CV 98-2243 (d) (1) has previously    been consolidated with CV 01-4538 (h) and will be transferred

to    the District of Guam for trial. Case no. Cv 98-224.3(d) (2) (Kim, Woo Kyoung) is not concerned with this case and will have a    pretrial for liability issues at a later date (the trial to be in    this district) by Judge Harry L. Hupp CR: not present (re: MDL    1237) (pbap) [Entry date 09/28/01] [2:98cv2243]

9/19/01  156   NOTICE by movant USA of deposit of funds with the court in  the amount of $37,812.50 (Relates to MDL 1237) (shb) [Entry date 09/24/01] [2:98cv2243]

9/19/01  157   NOTICE by movant USA of deposit of funds with the court in  the amount of $44,062.50 (re Lee, Eun Young) (Relates to MDL 1237)    (shb) [Entry date 09/24/01] [2:98cv2243]

9/19/01  158   NOTICE by movant USA of deposit of funds with the court in  the amount of $147, 187.50 (Re Kim, Nam Kyung) (Relates to MDL    1237) (shb) [Entry date 09/24/01] [2:98cv2243]

9/20/01  159   Joint STATUS Conference Statement (shb)    [Entry date 09/24/01] [2:98cv2243]

9/24/01  160   RESPONSE by movant USA to OSC filed 9/17/01 (shb)   [Entry date 09/26/01] [2:98cv2243]

9/26/01  161   NOTICE of satisfaction of lien relating to cash advances to  Se Ki Kim, Bo Rye Lee, Kum Ok Park and Nam Noon Kim by    defendant Korean Air Lines Co (pbap) [Entry date 09/27/01]    [2 :98cv2243]

10/1/01 163   MINUTES: Proceedings: PTC & ORD transferring actions to District of Guam for Trial. The PTC ord consolidated    actions is signed and filed this date. The consolidated    actions are ordered transferred to the District of Guam by    this minute order. All OSCs are vacated, the responses    eing satisfactory. The crt also notes that this case is to    be distinguished from the actions involving the decedent    Kim, Woo Kyoung, No. CV 98-2243(d) (2), who was a different    person, with the action involving that different person    being retained in the Central District (because the US was    not a dft in that action and, therefore, the Tort Claims    Act venue pervisions did not apply). This clarification is    set forth here in an attempt to avoid confusion in the    District of Guam. On arrival of this case in Guam, the crt    believes that Judge Unpingco will set a status conference    by Judge Harry L. Hupp. (re: 98-2243(d) (1) & CV 01-4538(h);   re: MDL 1237 CR: Cynthia L. Mizell (pbap)    [Entry date 10/05/01] [2:98cv2243]

10/1/01 164   NOTICE by defendant Korean Air Lines Co of satisfactionof lien relating to cash advances to Yeun Nam Lee and in Sook    Park. (pbap) [Entry date 10/05/01] [2:98cv2243]

10/4/01 165   NOTICE of satisfaction of lien relating to cash advances to  Jong Rang Kim, Sook Ja yeun and Hyun Soon Kim by defendant    Korean Air Lines Co (pbap) [Entry date 10/09/01]    [2: 98cv2243]

10/4/01 166   NOTICE of deposit of funds with the court by movant USA (pbap) [Entry date 10/09/01] [2:98cv2243]

10/4/01 --    'LODGED Note of deposit of funds w/the court in the amt of $42,500.00 (FWD TO CRD) (pbap) [Entry date 10/09/01] [2: 98cv2243]

10/10/01 167   MINUTES; Stip & ORD of Dismissal of Claims. This mm order is an interpretation of the stip for dismissal of claims    for the death of three decedents, lodged 9/17/01, and    signed and filed this date by the crt. The first claim    dismissed are claims for the death of Lee, Sang Oh,

in case    CV 98-2243 (a) . The second claim dismissed are claims for    the
death of Ahn, Ki Joon, in case CV 98-2243 ( not    previously given a
sub-number designation). The third    claim dism are claims in two
consolidated cases CV 98-2243    (without sub-numbered designation) and CV
98-4500 related    to the death of Choi, Youn Hee. The clerk should enter
dismissals accordingly by Judge Harry L. Hupp CR: not    present (pbap)
[Entry date 10/11/01] [2:98cv2243]

 10/10/01 168    STIPULATION and ORDER by Judge Harry L. Hupp of dismissal
with prej of all claims filed by all parties, each party to    bear its own
costs. (pbap) [Entry date 10/il/al]    [2: 98cv2243]

 ;    [WMT EOD 11/19/2001]