CLERK'S Amd Transmittal of t/following Docket Sheet w/highlighted portions re docs previously transmitted on 11/16/01. The following docs recvd:

3/27/98    1    COMPLAINT filed Summons(es) not issued referred to Discovery Ann I. Jones; Jury demand (jp)   2    PRAECIPE: issd sums on complaint [1-11 (kh)    [Entry, date 04/03/98] [2:98cv2243]

4/6/98 11    FIRST AMENDED COMPLAINT [1-1] by plaintiffs; jury demand. Summons not issd (kh) [Entry date 04/13/98] [2:98cv2243]

4/7/98  4    APPLICATION AND ORDER of Non-Resident Attorney to Appear in   a Specific Case filed for plaintiffs by Charles Heerrmann.    Designating Juanita M Madole as local counsel. Approved by    Judge Audrey B. Collins . (Fee pd) (kh) [Entry date 04/13/98]    [2:98cv2243]

 4/10/98   3    ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 224 (Related Case) Hled. [ Related Case no.: CV97-7023 HLH (RCX)] Case    transferred from Judge Audrey B. Collins to Judge Harry L.    Hupp for all further proceedings. The case number will now    reflect the initials of the transferee Judge [ CV98-2243    HLH (Rcx) I ., Case referred from Discovery Ann I. Jones    to Discovery Rosalyn M. Chapman . (cc: all counsel) (jc) [Entry date 04/11/98] [2 : 98cv2243]

4/10/98 12    NOTICE by plaintiff Jin Hyung Lee of related case(s) CV97-7023 HLH (RCx) (jc) [Entry date 04/20/981    [2: 98cv2243]

4/20/98 13    NOTICE by plaintiffs of area code change (pj)    [Entry date 04/30/981 [2:98cv2243]

5/12/98 14    WAIVER OF SERVICE of SUMMONS by defendant Barton Ate Int l Inc sent by pif on 4/9/98 signed & ack by Mary Haas, atty    on 4/28/98 (kh) [Entry date 05/15/98] [2:98cv2243]

6/5/98 15    MINIJTES: Status conf held ; mandatory status conference    set on 3 :00 8/7/98 by Judge Harry L. Hupp CR: Cynthia Mizell (tw)    [Entry date 06/12/981 [2:98cv22431

6/9/98 16    ANSWER filed by defendant Serco Mgt Svcs Inc sued herein as Barton ATC Intl Inc a Tenessee corp the sam corp entity    prior to a name change to amended complaint [11-1]; jury    demand (pj) [Entry date 06/15/981 [2:98cv2243]

7/31/98  18    NOTICE OF MOTION AND MOTION by defendant Serco Mgt Svcs Inc to dismiss punitive damage claim for failure to state a    claim upon which rel can be granted, or in alt for    partial judgment on the pleadings ; motion hearing set for    10:00 9/14/98 (dhl) [Entry date 08/18/98] [2:98cv2243]

8/6/98 17    NOTICE OF MOTION AND MOTION by plaintiff to amend cmp and decl of Juanita M. Madole in suppt thereof ; motion hearing    set for 10:00 9/14/98 Lodged Prop 2nd A/c (tw)    [Entry date 08/10/98] [2:98cv2243]

8/6/98 17    DEMAND for jury trial by plaintiffs (tw)    [Entry date 08/10/98] [2:98cv2243]

8/7/98 20    ORDER of consolidation by Judge Harry L. Hupp ; mandatory status conference set on 1:30 10/9/98 (Relate to MDL 1237)    and all other actions (shb) [Entry date 09/16/98]    [2 : 98cv2243]

```
 8/14/98  19    OPPOSITION by plaintiffs to motion to dismiss punitive
damage claim for failure to state a claim upon which rel    can be granted
[18-1] (shb) [Entry date 08/21/981 [2: 98cv2243]

 8/31/98 22    MEMORANDUM of points and authorities IN OPPOSITION by plaintiffs
    of motion to amend cmp [17-1] (Relates to cv    97-7023 HLH (RCx) and
MDL 1237) (shb) [Entry date 09/23/98] [2:     98cv2243]

 9/4/98 23     REPLY by plaintiffs to Oppositin by Serco Management Services to
    motion to amend cmp [17-1] (Relates to MDL 1237) (shb) [Entry date
09/25/98] [2:98cv2243]

 9/11/98  21    AMENDED COMPLAINT [11-li by plaintiff; adding Young Jae
Lee, Young Jae Lee, Jong Myoung Kim, Hye Ran Kim, Young Jae    Lee; jury
demand. Summons not issd (el)    [Entry date 09/17/98] [2:98cv2243]

 9/14/98  26    MINUTES: denying motion to dismiss punitive damage claim
for failure to state a claim upon which rel can be granted    [18-li, w/out
prej to renew in connect w/ the determin of    choice of law by Judge Harry
L. Hupp CR: Cynthia Mizell    [related to cv 98: 2707, 2798, 3626, 3637, &
MDL 1237] (ion)    [Entry date 10/30/981 [2:98cv2243]

 9/14/98  27    MINUTES: granting plf s motion lv to fi a 2nd amend cmp
[17-1] & the onig of the SAC is fld this date. 10 days to    ans or stip tht
the ans to the AC is deemed to be the ans    to the SAC by Judge Harry L.
Hupp CR: Cynthia L Mizell    [related to MDL 1237] (lori) [Entry date
10/30/98]    [2 : 98cv2243]

 9/16/98  25    ANSWER filed by defendant Serco Mgt Svcs Inc to 2nd amended
complaint [21-1]; jury demand (et) [Entry date 10/30/98]    [2: 98cv2243]

 11/4/98  28    Issd Sms PRAECIPE: in re 2nd amended complaint for 20 days
[21-1] (el) [Entry date 11/05/98] [2:98cv2243]

 11/19/98   29 STIPULATION and ORDER by Judge Harry L. Hupp that the pltfs
 in case nos. cv 98-2243; 98-2707; 98-2798; 98-3626; 98-3637;    98-5010;
98-5450; 98-659. . .and Serco Mgmt Services, that the    claims for punitive
damages set forthin the cmps are    dismissed w/o prej to plltfs right to amd
the cmp in the    event that pltfs cnsl determines that sufficient facts
exist    to pursue a claim for punitive damages. This stirn is    intended to
be written consent of the adverse pty within the    meaning of Rule 15(a) of
the FRCP. Any such amd must be    filed and served prior to 5/1/99. (ENT:
12/3/98) mld cpy &    ntc. (shb) [Entry date 12/03/98] [Edit date 12/07/98]
 [2: 98cv2243]

 12/17/98    30 Proof of service of 2nd Amended s/c executed upon defendant
 Barton ATC International, Inc by serving Robert M Kern of    Kern & Wooley
by mail on 12/2/98 (no retn cards attached)    (el) [Entry date 12/18/98]
[2:98cv2243]

 12/17/98    30 DEMAND for jury trial by plaintiffs (el)    [Entry date
12/18/98] [2:98cv2243]

 4/19/99 31    NOTICE OF MOTION AND MOTION by defendant Serco Mgt Svcs Inc
for summary judgment re actions where pltfs have signed    reeases in Sercos
favorexhibits ; motion hearing set for    10:00 5/17/99 Lodged stmt of
uncontroverted facts, lodged    11 orders (Relates to MDL 1237, cv 98-6236;
98-4500;    98-5450) (shb) [Entry date 04/21/99]    [Edit date 04/21/99]
[2:98cv2243]

 4/19/99 32    DECLARATION of Sean M. Novak by defendant Serco Mgt Svcs   Inc
re motion for summary judgment re actions where pltfs    have signed reeases
```

in Sercos favor [31-1] (Relates to MDL    1237, cv 98-6236; 98-4500; 98-5450) (shb)    [Entry date 04/21/99] [2:98cv2243]

4/22/99  33   NOTICE OF CHANGE Of Address filed Korean Air Lines re (MDL 1237) (shb) [Entry date 04/23/99] [2:98cv2243]

5/11/99  35   DECLARATION of Sean N. Novak by defendant SÃ©rco Mgt Svcs Inc in supprt of Serco s rpiy topla s opposition to deft s    re motion for summary judgment re actions where pltfs have    signed reeases in Sercos favor [31-1] [Relates to MDL #1237;    CV 98-6236; CV 98-4500; CV 98-5450] (et)    [Entry date 05/17/99] [2:98cv2243]

5/11/99  36   REPLY by defendant Serco Mgt Svcs Inc to response to    motion for summary judgment re actions where pltfs have    signed reeases in Sercos favor [31-1] . [Relates to CV    98-6236; CV 98-2243; CV 98-4500 & CV 98-5450] (et)    [Entry date 05/17/99] [2:98cv2243]

5/17/99  37   MINUTES: granting motion for summary judgment re actions where pltfs have signed releases in Sercos favor [31-1];    The mot fos s/j is granted as tothe heirs of decedents    listed in actns cv 98-4500 and cv 98-5450. The mot to dism    the actns in cv 98-6236 and cv 98-2243 are denied w/o prej    to renew by reason of triable issue of fact and resolution    of choice of law problems. (Relates to MDL 1237, cv    98-4500; 98-5450; 98-6236) (ENT: 5/20/99) mid cpys & ntc.    by Judge Harry L. Hupp CR: Cynthia Mizell (shb)    [Entry date 05/20/99] [2:98cv2243]

5/3/00 38    OPPOSITION by dft Korean Air Lines Co. to mot to enforce partial sttlmnt; memo of PA; deci of Jennifer J. Johnston.    (ab) [Entry date 05/05/00] [2:98cv2243]

5/3/00 39    DECLARATION by dft Korean Air Lines Co. of Jennifer J. Johnston in suppt of opp to mot to enforce partial sttlmnt.    (RELATES TO MDL 1237). (ab) [Entry date 05/05/00]

3/2/01 64    NOTICE OF MOTION by unknown USA to strike, and for costs ; motion    hearing set for 10:00 3/26/01 Lodged prop ord w/mtn to str (re MDL 1237) (pbap) [Entry date 03/07/01] [2: 98cv22431

3/5/01  65   EX PARTE APPLICATION filed by unknown USA to expedite hrg    on its mtn to str plfs experts wits Lodged prop ord (pbap)    [Entry date 03/08/01] [2:98cv2243]

3/7/01 66    ORDER by Judge Harry L. Hupp granting exparte motion to expedite hrg on its mtn to str plfs experts wits [65-1].    The Crt will hr the US Mtn to Str Plf s expert wits and for    costs on 3/19/01 at 10:00. Cnsl may appear by conf    telephone. (pbap) [Entry date 03/09/01] [2:98cv2243]

3/9/01 68    OPPOSITION by plaintiffs to motion to strike [64-1], motion for costs [64-2], deci of Juanita M. Madole. (pbap)    [Entry date 03/13/01] [2:98cv2243]

3/12/01  69   DECLARATION of Charles Herrmann by plaintiff in supprt of plfs s response to the motion to strike [64-1] (pbap)    [Entry date 03/15/01] [2:98cv2243]

3/14/01  71   RESPONSE by defendant Korean Air Lines Co & Opp to plf s attempts to conduct liability trias in the unsettled cases    re motion to strike [64-1]. (re MDL 1237) (pbap) [Entry date    03/15/01] [2:98cv2243]

3/14/01  72   JOINDER by defendant Serco Mgt Svcs Inc joining motion to strike [64-1] exp wits (pbap) [Entry date 03/15/01]    [2 :98cv2243]

```
3/14/01  73    REPLY by defendant USA to plf s opp to motion to strike
[64-1] plfs  expert wits. (pbap) [Entry date 03/19/01]

3/19/01  96    MINUTES: granting motion to strike [64-i] with the
exceptions stated (herein) by Judge Harry L. Hupp CR:    Cynthia L. Mizell
**see mm ord for detailed info** (pbap)    [Entry date 04/02/01]
[2:98cv2243]

3/28/01 105    WITNESS list submitted by plaintiffs (yc)    [Entry date
04/03/01] [2:98cv2243]

4/5/01 110    MINUTES: Cnsl for the following cases: 98-6334; 98-4500;
98-6345; 98-6344; 98-6343; 98-6342; 98-6341; 98-6337;    98-6388; 98-6316;
98-6806; 98-5450; 98-6369; 98-2243;    98-6389; 99-13513; 99-7226; 99-13527;
99-13508; 98-6387 are     advised of the PTC set for 4/18/01 at 1:30 p.m. If
you    have any questions concerning this minute order, please    contact the
crt clerk at (213) 894-5216 by Judge Harry L.    Hupp CR: not present (pbap)
[Entry date 04/16/011    [2: 98cv2243J

4/11/01 112    MEMO OF CONTENTIONS OF FACT and LAW fid by Woo-Kyoung Kim
(Decedent) Yoo-Kyoung Kim (Decedent) (ri)    [Entry date 04/18/01]
[2:98cv2243]

4/17/01 120    RESPONSE by plaintiffs to OSC on Late Filings on PTC Ords
(98 2243A for decedent Lee, Sank Ok) (dw)    [Entry date 04/30/01]
[2:98cv2243]

4/17/01 123    RESPONSE by plaintiffs to OSC on Late Filings on PTC Ords
(98 2243D for decedents Kim, Woo Kyoung & Yoo, Kyoung) (dw) [Entry    date
04/30/01] [2:98cv2243]

4/18/01 117    RENEWED MOTION by movant USA in 2 : 98-cv-02243 to strike
plfs  expert witness Barbara Luna motion hearing set for    10:00 5/14/01
Lodged ord (bg) [Entry date 04/23/01]    [2: 98cv2243]

4/18/01 118  NOTICE OF Renewed motion to strike plfs  expert witness Barbara
   Luna [117-1] filed by movant USA in 2:98-cv-02243 (bg) [Entry date
04/23/01] [Edit date 04/23/01]    [2 : 98cv2243]

4/18/01 119   MINUTES: PTC ORDER. All OSCs are vacated by Judge Harry L.
Hupp CR: Cynthia L. Mizell. **see MO for detailed info** (pbap)    [Entry
date 04/24/011 [2:98cv2243]

4/18/0 1 124   PTC ORDER by Judge Harry L. Hupp. (re: MDL 1237), Yun,
Su-Kyu (Decedent). **see ord for detailed info** (pbap)    [Entry date
05/03/01] [2:98cv2243]

4/23/01 130    DEFENDANTS WITNESS list submitted by USA re 2:98-cv-2243c
HLH (RCx) decedent Sun Mi Jung (ii) [Entry date 05/03/011 [2:    98cv2243]

4/23/01 131    DEFENDANTS WITNESS list submitted by USA re 2:98-cv-2243d
HLH (RCx) decedents Woo Kyoung Kim, Yoo Kyoung Kim (jj) [Entry date
05/03/01] [2:98cv2243]

4/30/01 125    OPPOSITION by plaintiffs to motion to strike plfs  expert
witness Barbara Luna [117-1] (pbap) [Entry date 05/03/01]    [2:98cv2243]

4/30/01 126    DECLARATION of Richard E. Brown by plaintiff re in supprt    of
the motion opposition [125-1] (pbap)    [Entry date 05/03/011 [2:98cv2243i
```

4/30/01  127   DECLARATION of Charles Herrmann by plaintiff re in suppt    of the motion opposition [125-1] (pbap)    [Entry date 05/03/011 [2:98cv2243i

5/7/01  133   MINUTES: Proceedings: ORD transferring mot. Dft United    States has renewed its mot to strike plfs  expert wit    Barbara Luna in the following cases: 98-2243, 98-6369,    98-6387, 98-6388 and 98-6389. The Crt previously had    transferred 98-2243 and 98-6369 to Guam for damages trials.   Accordingly, this mot, as it relates to 98-2243 and 98-6369    will be heard by the trial judge in Guam. This Crt will    hear the mot as it relates to 98-6387, 98-6388 and 98-6389,    on 5/14/01 at 10:00 a.m. by Judge Harry L. Hupp CR: not    present (re: MDL 1237) (pbap) [Entry date 05/09/01]    [2: 98cv2243]

5/14/01  134   MINUTES: denying motion to strike plfs  expert witness Barbara Luna [117-1] in CV 98-2243(a), (b), (c), (d), CV    98-6387, CV 98-6388, and CV 98-6389 by Judge Harry L. Hupp    CR: Cynthia L. Mizell. (ENT 5/15/01) mid cpys & ntc (pbap)    [Entry date 05/15/01] [Edit date 05/15/01] [2:98cv2243i

5/23/01  136   MINUTES by Judge Harry L. Hupp: With the except of one sub-issue, the mot of dft Serco for summary jgm is DEN by    reason of the existence of triable issues of fact as to    negligence & proximate or legal cause. It seems most    efficient to try the liability issue as to Serco in those    cases where only Serco is a dft first, bef one judge, & get    a liability finding. If damage trials are thereafter    necessary, the case can be sent out for individual damage    trials. Accordingly, the crt intends to modify the PTC ords    already submitted, specifying that there shall be liability    trials bef one judge in the Central District, to Precede    any damage trials, w/ damage trials to proceed individually    if liability is found. Cnsl should expect the modified PTC    ords imminently, followed by info as to identity & date of    a stat conf bef the selected trial judge to set a date for    a liability trial. CR: Cynthia L. Mizell. CR: n/a. (gk) [Entry date 06/06/011 [2:98cv2243]

9/5/01  153   MINUTES: Mot to dism. Cases CV 98-2243(c) (b) (d) and 98-6388 as to Serco s liability will need a pretrial conf for    liability trial in Central Dist. That pretrial conf is set    for 9/26/01 at 9:00. It is contemplated that these cases    will be transferred to another judge in this dist for    liability trial at the conclusion of the pretrial conf, by Judge Harry L. Hupp CR: Cynthia L. Mizell (tw)    [Entry date 09/06/01] [2:98cv2243]

9/17/01 162 MINUTES: OSC re failure to comply with Local Rule 9. ORD    that none of the docs required by Local Rule 9 has been    filed. The following docs required by Rule 9 have not been    filed: Orig jnt pretrial ord (faxed copy received at 5:30    p.m. on 9/14/01. Jnt exh list made necessary by addition of United    States. Witness lists of the parties. The PTC is contd to 10/1/01    at 11:00. PIf(s) is/are to show cause at that time why this action    should not be dism for lack of prosecution. Dft(s) is/are to show    cause at that time why the ans (and counterclaim) should not be stricken and default entered. Plf(s) and Dft(s) are to show cause    at that time why sanctions pursuant to Local Rule 27 should not be    assessed. All docs including all Rule 9 docs, if the action is    allowed to proceed, must be filed on or 9/24/01. It now appears    that CV 98-2243(d) need to be further severed. The portion of CV    2243(d) dealing with the death of decedent Kim, Yoo Kyoung is now    severed from the balance of CV 98-2243(d) and is given the    designation CV 98-2243 (d) (1) . The portion of CV 98-2243 (d)    relating to the death of Kim, Woo Kyoung is now designated as     action no. CV 98-2243 (d) (2) . CV 98-2243 (d) (1) has previously been consolidated with CV 01-4538 (h) and will be transferred to    the District of Guam for trial. Case no. Cv 98-224.3(d) (2) (Kim,    Woo Kyoung) is not concerned with this case and will have a    pretrial for liability

issues at a later date (the trial to be in    this district) by Judge Harry L. Hupp CR: not present (re: MDL    1237) (pbap) [Entry date 09/28/01] [2:98cv2243]

9/24/01 160   RESPONSE by movant USA to OSC filed 9/17/01 (shb)    [Entry date 09/26/01] [2:98cv2243]

10/1/01 163   MINUTES: Proceedings: PTC & ORD transferring actions to District of Guam for Trial. The PTC ord consolidated    actions is signed and filed this date. The consolidated    actions are ordered transferred to the District of Guam by    this minute order. All OSCs are vacated, the responses    eing satisfactory. The crt also notes that this case is to    be distinguished from the actions involving the decedent    Kim, Woo Kyoung, No. CV 98-2243(d) (2), who was a different    person, with the action involving that different person    being retained in the Central District (because the US was    not a dft in that action and, therefore, the Tort Claims    Act venue pervisions did not apply). This clarification is    set forth here in an attempt to avoid confusion in the    District of Guam. On arrival of this case in Guam, the crt    believes that Judge Unpingco will set a status conference    by Judge Harry L. Hupp. (re: 98-2243(d) (1) & CV 01-4538(h);    re: MDL 1237 CR: Cynthia L. Mizell (pbap)    [Entry date 10/05/01] [2:98cv2243]

11/05/01 171 STIPULATION and Order by Judge Harry L. Hupp to Extend; final P/T Conf set for 1/23/02; Final P/T Conf Order due 1/16/02. ( re:98-2243(b), Decedent Yeun Kim; MDL 1237 (pbap)[Entry date 11/19/01][Edit date 11/19/01][2:98cv2243]

;    [WMT EOD 01/03/2002]