CLERK'S Cert of Transmittal of t/following docs (doc numbers inadvertently not sent and now being forwarded):

4/10/98  3  ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 224 (Related Case) Hled. [ Related Case no.: CV97-7023 HLH (RCX)] Case transferred from Judge Audrey B. Collins to Judge Harry L. Hupp for all further proceedings. The case number will now reflect the initials of the transferee Judge [ CV98-2243 HLH (Rcx) I ., Case referred from Discovery Ann I. Jones to Discovery Rosalyn M. Chapman . (cc: all counsel) (jc) [Entry date 04/11/98] [2 : 98cv2243]

4/20/98  13  NOTICE by plaintiffs of area code change (pj)  [Entry date 04/30/981 [2:98cv2243]

5/12/98  14  WAIVER OF SERVICE of SUMMONS by defendant Barton Ate Int l Inc sent by pif on 4/9/98 signed & ack by Mary Haas, atty on 4/28/98 (kh) [Entry date 05/15/98] [2:98cv2243]

7/31/98  18  NOTICE OF MOTION AND MOTION by defendant Serco Mgt Svcs Inc to dismiss punitive damage claim for failure to state a claim upon which rel can be granted, or in alt for partial judgment on the pleadings ; motion hearing set for 10:00 9/14/98 (dhl) [Entry date 08/18/98] [2:98cv2243]

8/14/98  19  OPPOSITION by plaintiffs to motion to dismiss punitive damage claim for failure to state a claim upon which rel can be granted [18-1] (shb) [Entry date 08/21/981 [2: 98cv2243]

9/4/98 24  REPLY by defendant Serco Mgt Svcs Inc to pltfs opposition to motion to dismiss punitive damage claim for failure to state a claim upon which rel can be granted [18-li, motion for partial judgment on the pleadings [18-21 (Relats to cv 97-7023 HLH (RCx) , cv 98-2707 HLH (RCx) cv 98-2798 HLH (RCx), cv 98-3626 HLH (RCx), cv 98-3637 HLH (RCx) (shb) [Entry date 09/25/98] [2:98cv2243]

9/14/98  26  MINUTES: denying motion to dismiss punitive damage claim for failure to state a claim upon which rel can be granted [18-li, w/out prej to renew in connect w/ the determin of choice of law by Judge Harry L. Hupp CR: Cynthia Mizell [related to cv 98: 2707, 2798, 3626, 3637, & MDL 1237] (ion) [Entry date 10/30/981 [2:98cv2243]

9/14/98  27  MINUTES: granting plf s motion lv to fi a 2nd amend cmp [17-1] & the onig of the SAC is fld this date. 10 days to ans or stip tht the ans to the AC is deemed to be the ans to the SAC by Judge Harry L. Hupp CR: Cynthia L Mizell [related to MDL 1237] (lori) [Entry date 10/30/98] [2 : 98cv2243]

11/4/98  28  Issd Sms PRAECIPE: in re 2nd amended complaint for 20 days [21-1] (el) [Entry date 11/05/98] [2:98cv2243]

12/17/98  30  Proof of service of 2nd Amended s/c executed upon defendant Barton ATC International, Inc by serving Robert M Kern of Kern & Wooley by mail on 12/2/98 (no retn cards attached) (el) [Entry date 12/18/98] [2:98cv2243]

12/17/98  30  DEMAND for jury trial by plaintiffs (el)  [Entry date 12/18/98] [2:98cv2243]

4/19/99  31  NOTICE OF MOTION AND MOTION by defendant Serco Mgt Svcs Inc for summary judgment re actions where pltfs have signed reeases in Sercos

favorexhibits ; motion hearing set for    10:00 5/17/99 Lodged stmt of uncontroverted facts, lodged   11 orders (Relates to MDL 1237, cv 98-6236; 98-4500;    98-5450) (shb) [Entry date 04/21/99]    [Edit date 04/21/99] [2:98cv2243]

4/19/99  32   DECLARATION of Sean M. Novak by defendant Serco Mgt Svcs    Inc re motion for summary judgment re actions where pltfs    have signed reeases in Sercos favor [31-1] (Relates to MDL    1237, cv 98-6236; 98-4500; 98-5450) (shb)    [Entry date 04/21/99] [2:98cv2243]

4/22/99  33   NOTICE OF CHANGE Of Address filed Korean Air Lines re (MDL 1237) (shb) [Entry date 04/23/99] [2:98cv2243]

5/11/99  35   DECLARATION of Sean N. Novak by defendant Sãrco Mgt Svcs    Inc in supprt of Serco s rpiy topla s opposition to deft s    re motion for summary judgment re actions where pltfs have    signed reeases in Sercos favor [31-1] [Relates to MDL #1237;    CV 98-6236; CV 98-4500; CV 98-5450] (et)    [Entry date 05/17/99] [2:98cv2243]

   5/11/99  36   REPLY by defendant Serco Mgt Svcs Inc to response to motion for summary judgment re actions where pltfs have    signed reeases in Sercos favor [31-1] . [Relates to CV    98-6236; CV 98-2243; CV 98-4500 & CV 98-5450] (et)    [Entry date 05/17/99] [2:98cv2243]

   5/17/99  37   MINUTES: granting motion for summary judgment re actions where pltfs have signed releases in Sercos favor [31-1];    The mot fos s/j is granted as tothe heirs of decedents    listed in actns cv 98-4500 and cv 98-5450. The mot to dism    the actns in cv 98-6236 and cv 98-2243 are denied w/o prej    to renew by reason of triable issue of fact and resolution    of choice of law problems. (Relates to MDL 1237, cv    98-4500; 98-5450; 98-6236) (ENT: 5/20/99) mid cpys & ntc.    by Judge Harry L. Hupp CR: Cynthia Mizell (shb)    [Entry date 05/20/99] [2:98cv2243]

5/3/00 38   OPPOSITION by dft Korean Air Lines Co. to mot to enforce partial sttlmnt; memo of PA; deci of Jennifer J. Johnston.    (ab) [Entry date 05/05/00] [2:98cv2243]

5/3/00 39   DECLARATION by dft Korean Air Lines Co. of Jennifer J. Johnston in suppt of opp to mot to enforce partial sttlmnt.    (RELATES TO MDL 1237). (ab) [Entry date 05/05/00]

3/2/0 1 64   NOTICE OF MOTION by unknown USA to strike, and for costs ; motion    hearing set for 10:00 3/26/01 Lodged prop ord w/mtn to str (re MDL    1237) (pbap) [Entry date 03/07/01] [2: 98cv22431

3/23/01 90    EXHIBIT list by USA (Re decedent Kim, Woo Kyoung and Kim, Yoo Kyoung) (Relates to MDL 1237) (shb) [Entry date 03/27/01] [2:98cv2243]

3/28/01 95    ORDER by Judge Harry L. Hupp granting exparte mtn for lv to submit suppl declr of Judge Kah in suppt of USA's mtn for partial s/j [85-1]. (pbap) [Entry date 03/30/01] [Edit date 05/10/01][2:98cv2243]

4/17/01 120   RESPONSE by plaintiffs to OSC on Late Filings on PTC Ords (98 2243A for decedent Lee, Sank Ok) (dw)    [Entry date 04/30/01] [2:98cv2243]

4/18/01 119   MINUTES: PTC ORDER. All OSCs are vacated by Judge Harry L. Hupp CR: Cynthia L. Mizell. **see MO for detailed info** (pbap)    [Entry date 04/24/011 [2:98cv2243]

11/05/01 171 STIPULATION and Order by Judge Harry L. Hupp to Extend; final P/T Conf set for 1/23/02; Final P/T Conf Order due 1/16/02. ( re:98-2243(b),

Decedent Yeun Kim; MDL 1237 (pbap)[Entry date 11/19/01][Edit date 11/19/01][2:98cv2243];   [RMM EOD 02/07/2002]