1  CHARLES HERRMANN, (WA. Bar #6173)
   Herrmann Law Firm
2  1535 Tacoma Avenue South
   Tacoma, WA 98402
3  Telephone: (253) 627-8142
   Facsimile : (253) 627-1835
4
   DAVID J. LUJAN, ESQ.
5  LUJAN, UNPINGCO, AGUIGUI & PEREZ LLP
   Attorneys at Law
6  Pacific News Building, Suite 300
   238 Archbishop Flores Street
7  Hagåtña, Guam 96910
   Telephone (671) 477-8064/5
8  Facsimile (671) 477-5297

9  *Attorneys for Plaintiffs*

FILED
DISTRICT COURT OF GUAM
AUG - 9 2005
MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| In Re: AIRCRASH AT AGANA, GUAM ON AUGUST 6, 1997 | M.D.L. No. 1237 HLH<br><br>Civil Case No. 01-00061 |
| IL HWA JUNG, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants, | THIS DOCUMENT RELATES TO:<br>Formerly U.S.D.C. C.D. CA<br>CV 01-4538(h)-HLH (RCx)<br>as previously consolidated with<br>Civil Case No. 01-00064<br><br>THIS DOCUMENT RELATES TO:<br><br>Formerly U.S.D.C. C.D. CA<br>CV-98-2243(d)(1)-HLH (RCx) |
| JIN HYUNG LEE, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>SERCO MANAGEMENT SERVICES, et al.<br><br>Defendants. | **This case concerns decedent Kim, Yoo Kyoung** |

## PROOF OF SERVICE

I declare under penalty of perjury under the laws of the territory of Guam and the United Sates of America that I am over the age of eighteen and not a party to this action. My business address is Pacific News Building Suite 300, 238 Archbishop Flores Street, Hagatña, Guam 96910.

On August 9, 2005 I served the [PROPOSED] ORDER to which this Proof of Service is attached by transmitting the same by facsimile to the following counsel of record:

> Debra D. Fowler
> U.S. Department of Justice
> Fax: 202-616-4159
> Attorneys for Defendants

Executed on this 9th day of August, 2005 at Hagatña, Guam.

By: _____
**PETER C. PEREZ, ESQ.**