CHARLES HERRMANN, (WA. Bar #6173)
Herrmann Law Firm
1535 Tacoma Avenue South
Tacoma, WA 98402
Telephone: (253) 627-8142
Facsimile : (253) 627-1835

DAVID J. LUJAN, ESQ.
LUJAN, UNPINGCO, AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Plaintiffs*

**FILED**
DISTRICT COURT OF GUAM

AUG 12 2005

MARY L.M. MORAN
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM

In Re: **AIRCRASH AT AGANA, GUAM ON AUGUST 6, 1997**

---

**IL HWA JUNG**, et al.,

Plaintiffs,

vs.

**UNITED STATES OF AMERICA**, et al.,

Defendants,

**JIN HYUNG LEE**, et al.,

Plaintiffs,

vs.

**SERCO MANAGEMENT SERVICES**, et al.

Defendants.

M.D.L. No. 1237 HLH

Civil Case No. 01-00061

THIS DOCUMENT RELATES TO:
Formerly U.S.D.C. C.D. CA
CV 01-4538(h)-HLH (RCx)
as previously consolidated with
Civil Case No. 01-00064

THIS DOCUMENT RELATES TO:

Formerly U.S.D.C. C.D. CA
CV-98-2243(d)(1)-HLH (RCx)

**This case concerns decedent Kim, Yoo Kyoung**

[~~PROPOSED~~] ORDER

ORIGINAL

1

1  IT IS HEREBY ORDERED THAT this action is dismissed with prejudice and that each
2  party shall bear his, or its own costs.
3  **IT SO ORDERED.**
4  Dated this 11th day of August, 2005

*[signature]*
**HONORABLE RONALD S.W. LEW**
Designated District Judge

**LUJAN, UNPINGCO, AGUIGUI & PEREZ** LLP

By: *[signature]*
**PETER C. PEREZ, ESQ.**
*Attorney for Plaintiffs*

RECEIVED
AUG - 9 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

2