1

2

3

4

5

6

7

8

**FILED**
DISTRICT COURT OF GUAM

AUG 1 2 2005

MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

9  In re: Air Crash at Agana, Guam on
       August 6, 1997

10

11  IL HWA JUNG, et al.,

12              Plaintiffs,

13              vs.

14  UNITED STATES OF AMERICA, et al.,

15              Defendants.

16  JIN HYUNG LEE, et al.,

17              Plaintiffs,

18              vs.

19  UNITED STATES OF AMERICA, et al.,

20              Defendants.

M.D.L. No. 1237 HLH

Civil Case No. 01-00061
THIS DOCUMENT RELATES TO:

Formerly U.S.D.C. C.D. CA
Case No. CV-01-4538-HLH(RCx)

*As previously consolidated with:*
Civil Case No. 01-00064

Formerly U.S.D.C. Central District
Case No. CV-98-2243(d)(1)-HLH

**J U D G M E N T**

21

22          Judgment is hereby entered in accordance with the Stipulation of Dismissal filed July 29,

23  2005 and Order filed August 12, 2005.

24          Dated this 12th day of August, 2005, Hagatna, Guam.

25

26                                      MARY L. M. MORAN
                                        Clerk of Court

27

28                                      By:
                                        Deputy Clerk