**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| In Re: AIR CRASH AT AGANA, GUAM ON AUGUST 6, 1997 | M.D.L. NO. 1237 HLH |
| Il Hwa Jung, et al., Plaintiffs, vs. USA, et al. Defendants. | Case No. 1:01-cv-00061<br><br>This document relates to:<br>Formerly U.S.D.C. C.D. CA.<br>Case No. CV-01-4538(h)-HLH (RCx) |
| | *As previously consolidated with:* |
| Jin Hyung Lee, et al., Plaintiffs, vs. Serco Management Services, et al. Defendants. | Case No. 1:01-cv-00064<br><br>This document relates to:<br>Formerly U.S.D.C. C.D. CA.<br>Case No. CV-98-2243(d)(1)-HLH |
| | **CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Judgment filed on August 12, 2005 and the Notice of Entry of Judgment* on the dates indicated below:

*Lujan, Unpingco, Aguigui, and Perez*
*August 16, 2005*

*United States Attorney Office*
*August 16, 2005*

I, Shirlene A. Ishizu, declare under the penalty of perjury that on the above listed date(s) the:

*Judgment filed on August 12, 2005 and Notice of Entry of Judgment*

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: August 16, 2005                         /s/ Shirlene A. Ishizu
                                                              Deputy Clerk